IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, as successor to Monumental Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. TORRES,<br>ELEANOR M. TORRES<br><br>Defendants. | No: 1:16-cv-06377<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Michael T. Mason |

### TRANSAMERICA PREMIER LIFE INSURANCE COMPANY'S
### MOTION FOR FINAL JUDGMENT IN INTERPLEADER

Plaintiff, Transamerica Premier Life Insurance Company ("TRANSAMERICA"), by its attorneys, William A. Chittenden, Michael B. Galibois, and Matthew H. Bunn of Chittenden, Murday & Novotny LLC, and for its Motion for Final Judgment in Interpleader, states as follows:

1. On June 20, 2016, TRANSAMERICA filed a Complaint for Interpleader under 28 U.S.C. § 1335 (Dkt. No. 1) against Defendants Christopher J. Torres ("Christopher") and Eleanor M. Torres ("Eleanor") concerning death benefits payable pursuant to a life insurance policy, Policy No. MM3663833 ("the Policy"), issued on the life of Mary Lou Torres, deceased. Christopher and Eleanor are adverse claimants to the proceeds of the Policy.

2. Eleanor was served with process by certified mail under Indiana law on June 27, 2016 (Dkt. No. 9). Christopher – by this Court's order – was served by publication under Illinois law on August 5, 2016 (Dkt. No. 14).

3. Christopher has not appeared or filed an answer in this action. Eleanor has appeared and filed a claim to the proceeds (Dkt. No. 19). TRANSAMERICA remains indifferent between the Defendants as to the ultimate recipient of the disputed funds and assert a competing interest

against each other as to the ultimate recipient of the disputed funds. Justice and equity dictates TRANSAMERICA should not be subject to disputes between the Defendants.

4. TRANSAMERICA's admitted liability under the Policy is $5,545.08. On September 29, 2016, this Court entered an Order granting TRANSAMERICA's Motion for Deposit of Admitted Liability (Dkt. No. 20), and on the same date, TRANSAMERICA deposited its admitted liability under the Policy of $5,545.08 into the Registry of this Court, pending further order of this Court.

5. TRANSAMERICA has done all required by law to perfect its action for interpleader and now seeks an Order discharging TRANSAMERICA from this matter pursuant to 28 U.S.C. § 2361.

**WHEREFORE**, Plaintiff Transamerica Premier Life Insurance Company prays this Honorable Court enter an Order or Orders granting it the following relief:

- A. Enjoining Christopher J. Torres and Eleanor M. Torres, during the pendency of this case and thereafter permanently and perpetually, from commencing or prosecuting any proceeding or claim against Transamerica Premier Life Insurance Company in any state or federal court or other forum with respect to Policy No. MM3663833, or on account of the death of Mary Lou Torres, and said injunction to issue without bond or surety;

- B. Granting judgment to Transamerica Premier Life Insurance Company with the finding that it has no further liability to Christopher J. Torres and Eleanor M. Torres, or to any person or entity claiming through them, for the death benefits payable under the terms of Policy No. MM3663833 and on account of the death of Mary Lou Torres;

- C. Entering an Order finding Transamerica Premier Life Insurance Company has acted in good faith by interpleading the proceeds of Policy No. MM3663833 and its admitted liability with the Registry of this Court;

- D. Entering judgment in favor of Transamerica Premier Life Insurance Company, and against Christopher J. Torres and Eleanor M. Torres, on its Complaint for Interpleader;

- E. Excusing and dismissing Transamerica Premier Life Insurance Company from further attendance on this cause, and any related or consolidated causes, with

prejudice, and ordering the adverse claimants, Christopher J. Torres and Eleanor M. Torres, to litigate their claims and contentions to the death benefits of Policy No. MM3663833 without further involvement of Transamerica Premier Life Insurance Company; and

F.  Granting Transamerica Premier Life Insurance Company such further and other relief as this Court deems just and appropriate.

Dated: October 3, 2016

                              Respectfully submitted,

                              **TRANSAMERICA PREMIER LIFE INSURANCE COMPANY**

                              By: /s/ Matthew H. Bunn
                                    One of Its Attorneys

William A. Chittenden
Michael B. Galibois
Matthew H. Bunn
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
312.281.3600 Telephone
312.281.3678 Facsimile
wchittenden@cmn-law.com
mgalibois@cmn-law.com
mbunn@cmn-law.com

C:\Users\rfuller\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\P8ECN1CR\Motion for Final Judgment FINAL.docx

3

## CERTIFICATE OF SERVICE

I, Matthew Bunn, an attorney, hereby certify that on **October 3, 2016**, a copy of the foregoing **Transamerica Premier Life Insurance Company's Motion for Final Judgment in Interpleader** was filed electronically using the Court's CM/ECF E-filing system. I hereby certify that I have caused a true and correct copy of the foregoing **Transamerica Premier Life Insurance Company's Motion for Final Judgment in Interpleader** to be served upon the following, by depositing a copy of same in the U.S. Mail, postage prepaid, on this 3rd day of October, 2016:

Christopher J. Torres
8708 South Mackinaw Ave.
Chicago, IL 60617


Eleanor M. Torres
4304 Hohman Ave.
Hammond, IN 46327


                                                  /s/               Matthew H. Bunn

# Reception

**From:** Fuller, Regina
**Sent:** Monday, October 3, 2016 3:42 PM
**To:** Reception
**Cc:** Chittenden, William A.; Galibois, Michael B.; Bunn, Matt; Mickolayck, Laurie A.; Syverson, Kim M.
**Subject:** Docket: Cleasby

Margaret,

Please docket the following:

**Cleasby v. Transamerica v. Security Financial Bank**
**Case No. 16-cv-22**
**Our File No. AE102/~~42436~~** 42438

**State of Wisconsin/Circuit Court/Buffalo County**

- **Deadline to respond to discovery – November 2, 2016**

ENTERED
OCT 03 2016
Docket

Thank you.

Regina


Regina A. Fuller
Administrative Assistant
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison, Suite 1400
Chicago, Illinois 60606
(312) 281-3600 (main)
(312) 281-3613 (direct)
(312) 281-3678 (fax)
rfuller@cmn-law.com
www.cmn-law.com



CM&N CHITTENDEN, MURDAY & NOVOTNY LLC
*"Solutions Through Insight, Agility and Innovation"*

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended. The firm provides reliance opinions only in formal opinion letters containing the signature of a member.